IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TELADOC, INC., *et al.*, § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | Civil Action No. 1:15-CV-00343-RP | |
| § | | |
| TEXAS MEDICAL BOARD, *et al.*, § | | |
| Defendants. § | | |

## NOTICE OF APPEAL

All defendants (the Texas Medical Board, Michael Arambula, Julie K. Attebury, Manuel G. Guajardo, John R. Guerra, J. Scott Holliday, Margaret C. McNeese, Allan N. Shulkin, Robert B. Simonson, Wynne M. Snoots, Paulette B. Southard, Karl W. Swann, Surenda K. Varma, Stanley S. Wang, and George Willeford III), hereby appeal to the United States Court of Appeals for the Fifth Circuit from the order entered in this action on December 14, 2015 (Docket No. 80) denying defendants' motion to dismiss plaintiffs' antitrust claim under the doctrine of state-action immunity.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

1

                    ANGELA V. COLMENERO
                    Chief, General Litigation Division

                    /s/ *James C. Todd*
                    JAMES C. TODD
                    Texas Bar No. 20094700
                    SEAN FLAMMER
                    Texas Bar No. 24059754
                    Assistant Attorneys General
                    Office of the Attorney General
                    General Litigation Division-019
                    P.O. Box 12548, Capitol Station
                    Austin, Texas 78711-2548
                    (512) 463-2120; (512) 320-0667 FAX
                    Jim.Todd@texasattorneygeneral.gov
                    Sean.Flammer@texasattorneygeneral.gov

                    ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been filed electronically with the Court on this the 8th day of January, 2016, which will provide a copy to:

| | |
|---|---|
| James Matthew Dow | George S. Cary |
| Dudley McCalla | Leah Brannon |
| Joshua A. Romero | Drew Navikas |
| JACKSON WALKER L.L.P. | CLEARLY GOTTLIEB STEEN & |
| 100 Congress Avenue, Suite 1100 | HAMILTON |
| Austin, Texas 78701 | 2000 Pennsylvania Avenue, NW |
| (512) 236-2000 (Telephone) | Washington, DC 20006 |
| (512) 236-2002 (Facsimile) | (202) 974-1500 (Telephone) |
| *ATTORNEYS FOR PLAINTIFFS* | (202) 974-1999 (Facsimile) |
| | *ATTORNEYS FOR PLAINTIFFS* |

                    /s/ *James C. Todd*
                    JAMES C. TODD
                    Assistant Attorney General