IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TELADOC, INC., *et al.*, Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 1:15-CV-00343-RP |
| TEXAS MEDICAL BOARD, *et al.*, Defendants. | § § § | |

## ORDER STAYING ALL PROCEEDINGS PENDING APPEAL

On this date the Court considered the parties' Joint Motion for Stay pending Appeal and it appearing to the Court that the motion is well taken, it is accordingly ORDERED that:

1. All proceedings in this cause not automatically stayed be and hereby are STAYED while the defendants' appeal from this Court's order of December 14, 2015 (ECF doc. 80), denying their amended motion to dismiss, is pending before the U.S. Court of Appeals for the Fifth Circuit.

2. All deadlines in the current Scheduling Order be and hereby are CANCELLED and will be reset after the appeal is concluded and the cause is returned to this Court.

SIGNED this 14th day of January, 2016.

HONORABLE ROBERT PITMAN
U.S. DISTRICT JUDGE