IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TELADOC, INC., TELADOC PHYSICIANS, P.A., KYON HOOD, *and* EMMETTE A. CLARK,<br><br>Plaintiffs,<br><br>v.<br><br>TEXAS MEDICAL BOARD, MICHAEL ARAMBULA, JULIE K. ATTEBURY, MANUEL G. GUAJARDO, JOHN R. GUERRA, J. SCOTT HOLLIDAY, MARGARET C. MCNEESE, ALLAN N. SHULKIN, ROBERT B. SIMONSON, WYNNE M. SNOOTS, PAULETTE B. SOUTHARD, KARL W. SWANN, SURENDA K. VARMA, STANLEY S. WANG, *and* GEORGE WILLEFORD III, *individually and in their capacities as members of the Texas Medical Board*,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | 1:15-CV-343-RP |

## ORDER

Before the Court in the above-entitled action is the Joint Stipulation of Dismissal with Prejudice, (Dkt. 103), filed by all parties, stipulating to the dismissal, with prejudice, of the case. Having reviewed the Stipulation, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Court **ORDERS, ADJUDGES, and DECREES** that the case be dismissed with prejudice.

**IT IS FURTHER ORDERED** that all costs shall be taxed to the party incurring the same.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** on November 30, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE